[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-14496
Non-Argument Calendar
_____

D.C. Docket No. 5:12-cr-00016-ACC-TBS-1


UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DANIEL THOMAS, JR.,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(March 27, 2013)

Before TJOFLAT, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Harrison T. Slaughter, Jr., appointed counsel for Daniel Thomas, Jr., has

moved to withdraw from further representation of the appellant and filed a brief

pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Thomas's conviction and sentence are **AFFIRMED**.